Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 01 C 1364 | DATE | 7/20/2001 |
| CASE TITLE | King Vision Pay Per View vs. Vijo Enterprises, Inc. | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**MOTION:**

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ■ Status hearing held.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Plaintiff's Motion for Default Judgment is Granted. Judgment is hereby entered in favor of the plaintiff King Vision Pay Per View, Ltd and against the defendant Vijo Enterprises, Inc d/b/a Whale's Tail and John Porter in the total sum of $21,500.00. Any and all pending motions are moot and terminated.

(11) ■ [For further detail see order attached to the original minute order.]

| | | |
|---|---|---|
| | No notices required, advised in open court. | |
| | No notices required. | number of notices |
| | Notices mailed by judge's staff. | JUL 2 3 2001 |
| | Notified counsel by telephone. | date docketed |
| ✓ | Docketing to mail notices. | |
| | Mail AO 450 form. | docketing deputy initials |
| | Copy to judge/magistrate judge. | |
| PAMF | courtroom deputy's initials | date mailed notice |
| | Date/time received in central Clerk's Office | mailing deputy initials |

FILED FOR DOCKETING
'01 JUL 20 PM 3:38

K/099

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KingVision Pay Per View, Ltd., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case No. 01 C 1364<br>Honorable Judge David H. Coar<br>Magistrate Judge Ian H. Levin |
| Vijo Enterprises, Inc., an Illinois corporation d/b/a Whale's Tail and Patrick McVady, individually and John Porter, individually, | ) ) ) ) ) | **DOCKETED**<br>JUL 2 3 2001 |
| Defendant. | ) | |

ORDER

Upon consideration of Plaintiff's Motion for Default Judgment, it is this 20th day of July, 2001, by the United States District Court for the Northern District of Illinois, Eastern Division.

ORDERED that Plaintiff's Motion for Default Judgment is hereby GRANTED; and it is

FURTHER ORDERED that damages are awarded in favor of the Plaintiff, KingVision Pay Per View, Ltd., and against the Defendant, Vijo Enterprises, Inc., an Illinois corporation d/b/a Whale's Tail and John Porter, individually ("Defendant"), as follows:

(a) For statutory damages in the amount of $21,000.00, pursuant to 47 U.S.C. §605(e)(3)(c)(i)(II) and pursuant to 47 U.S.C. §553(c)(3)(A)(ii);

(b) For attorneys' fees and costs in the amount of $500.00, pursuant to 47 U.S.C. §§605(e)(3)(B)(iii) and 553(c)(2)(C);

(c) For a final and appealable order entering a total judgment in the amount of $21,500.00 against the Defendant, Vijo Enterprises, Inc., an Illinois corporation d/b/a Whale's



Tail and John Porter, individually and in favor of the Plaintiff, KingVision Pay Per View, Ltd. and that there is no just reason to delay enforcement or appeal of this order;

    (d)    For such other and further relief as is just and proper.

_____
Honorable Judge David H. Coar
United States District Court Judge

JUL 2 0 2001

Jeffrey R. Platt, ARDC No. 06208148
Rolwes & Platt
Three First National Plaza
Suite 3600
Chicago, Illinois 60602
(312) 977-4385
Attorney for Plaintiff, KingVision Pay Per View, Ltd.